# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **AC BLUEBONNET, LP, a Texas limited partnership;** | |
| Plaintiff, | **8:22CV40** |
| vs. | |
| **SUTHER FEEDS, INC., a Kansas corporation;** | **AMENDED TRIAL SETTING ORDER** |
| Defendant/Cross Defendant, | |
| and | |
| **MID-STATES APPRAISAL SERVICES, INC., a Kansas corporation;** | |
| Defendant/Cross Claimant. | |

This matter is before the Court on the Joint Motion to Reschedule Trial Date (Filing No. 128). After review of the motion and for good cause shown, the Courts finds the requested extensions should be granted. Accordingly,

**IT IS ORDERED** that the Joint Motion to Reschedule Trial Date (Filing No. 128) is granted and the trial order is amended as follows:

1) The **Final Pretrial Conference** is rescheduled to be held before the undersigned magistrate judge on **September 3, 2024** at **10:00 a.m.**, and will be conducted in chambers. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to nelson@ned.uscourts.gov in Word format, by **3:00 p.m. on August 27, 2024**.

2) The jury trial of this case is rescheduled and set to commence before Joseph F. Bataillon, Senior United States District Judge, in Courtroom 3, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at **8:30 a.m.** on **October 7, 2024**, or as soon thereafter as the case may be called, for a duration of **eight (8)** trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

3) Motions in limine and motions seeking pretrial evidentiary hearings regarding the admissibility of evidence shall be filed no later than **twenty-eight (28) days** before trial.

Dated this 27th day of October, 2023.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge