# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **AC BLUEBONNET, LP**, a Texas limited partnership;<br><br>                Plaintiff,<br><br>  vs.<br><br>**SUTHER FEEDS, INC.**, a Kansas corporation; and **MID-STATES APPRAISAL SERVICES, INC.**, a Kansas corporation;<br><br>                Defendants. | **8:22CV40**<br><br>**ORDER** |
| **STANDARD NUTRITION COMPANY**, a Nebraska corporation; and **AC BLUEBONNET, LP**, a Texas limited partnership;<br><br>                Plaintiffs,<br><br>  vs.<br><br>**WILLIAM L. SMITH**, an individual;<br><br>                Defendant. | **8:22CV46**<br><br>**ORDER** |
| **AC BLUEBONNET, LP**,<br><br>                Plaintiff,<br><br>  vs.<br><br>**PATRICK EGAN**, an individual;<br><br>                Defendant | **8:22CV81**<br><br>**ORDER** |

The parties have reached a global settlement as to the above-captioned cases, and as to *Standard Nutrition Company et al. v. Reed*, 5:22cv15-SLP (W.D. Okla. 2022), following a settlement conference held with the undersigned magistrate judge on May 20, 2024. Accordingly,

    **IT IS ORDERED:**

1. On or before **June 21, 2024**, the parties shall electronically file joint stipulations for dismissal (or other dispositive stipulations) in the appropriate forums that will fully dispose of each of the cases resolved by the global settlement agreement;

2. Absent compliance with this order, these case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set in these cases.

Dated this 20th day of May, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge