IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AC BLUEBONNET, LP, a Texas limited partnership, <br><br> Plaintiff, <br><br> vs. <br><br> SUTHER FEEDS, INC., a Kansas corporation; and MID-STATES APPRAISAL SERVICES, INC., a Kansas corporation, <br><br> Defendants. | **8:22CV40** <br><br> **ORDER OF DISMISSAL** |

This matter comes before the Court on the parties' Joint Stipulation of Dismissal (Filing No. 144). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that all claims filed by Plaintiff against Defendants be dismissed *with prejudice* with each party to bear their own attorneys' fees and costs. Further, it is ordered that Defendant/Cross Claimant Mid-States Appraisal Services, Inc.'s claims against Defendant/Cross Defendant Suther Feeds, Inc. be dismissed *without prejudice* with each party to bearer their own attorneys' fees and costs. Finally, it is ordered that neither the Joint Stipulation (Filing No. 144) nor this Order shall prevent Mid-States from seeking reimbursement of its attorney fees and costs from Suther Feeds, Inc. in a separate action.

Dated this 1st day of July, 2024.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge